IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01794-GPG

JAIME NARANJO-HERRERA,

     Plaintiff,

v.

MERRICK GARLAND, Attorney General of the United States,
DEPARTMENT OF HOMELAND SECURITY,
IMMIGRATION CONTROL AND ENFORCMENT,
CHOATE, Warden, and
AURORA ICE PROCESSING CENTER,

     Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff Jaime Naranjo-Herrera is currently detained at the Aurora ICE Detention Center. On June 30, 2021, he submitted *pro se* a pleading titled "Ex Parte Motion for Relief 18 U.S.C. 3771" (ECF No. 1) and a Letter requesting that Magistrate Judge Gordon P. Gallagher "not have any part of this motion or any subsequent action arising out of it" (ECF No. 2). The Court liberally construed the Letter as a motion to recuse.

On July 2, 2021, Magistrate Judge Gordon P. Gallagher denied Plaintiff's Letter, which was construed as a motion to recuse. (ECF No. 4). Magistrate Judge Gallagher also ordered Plaintiff to cure certain designated deficiencies if he wished to pursue his claims in this action. (*Id.*). Specifically, the Court directed Plaintiff to either pay the $402.00 filing and administrative fees or submit an *in forma pauperis* motion on the court-approved form. (*Id.*). Plaintiff was also directed to submit his complaint on the

\#
\#                         1

court-approved Prisoner Complaint form. (*Id.*).  The Clerk of Court sent him two blank copies of the court-approved forms. (*Id.*).  He was warned that if he failed to cure the deficiencies within the time allowed, the action would be dismissed without further notice.

On August 4, 2021, the Court received notice from the Tenth Circuit that Plaintiff had filed a Petition for Writ of Mandamus. (*See* ECF No. 6).  The Tenth Circuit denied his Petition for Writ of Mandamus on August 23, 2021. See *In re: Jaime Naranjo-Herrera*, No. 21-1275 (Aug. 23, 2021 10th Cir.).

On July 29, 2021, Plaintiff filed an "Ex Parte Petition for Writ of Corpus." (ECF No. 5).  On August 9, 2021, he filed a Letter (ECF No. 7), and on August 16, 2021, he filed an Affidavit. (ECF No. 8).  However, none of these submitted documents constituted an attempt to file a Prisoner Complaint on the court-approved form.  Further, Plaintiff made no attempt to address the filing fee.  Thus, Plaintiff has failed to cure the deficiencies as directed within the time allowed.  Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies as directed in the Court's July 2, 2021 Order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal, he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

#
#                                                    2

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this __27th__ day of ___August___, 2021.

BY THE COURT:

__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

\#
\#                                    3