IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01794-LTB

JAIME NARANJO-HERRERA,

      Plaintiff,

v.

MERRICK GARLAND, Attorney General of the United States,
DEPARTMENT OF HOMELAND SECURITY,
IMMIGRATION CONTROL AND ENFORCMENT,
CHOATE, Warden, and
AURORA ICE PROCESSING CENTER,

      Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 27, 2021, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 27 day of August, 2021.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ A. Garcia Garcia
                      Deputy Clerk